CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov
*Attorneys for the United States*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Estate of Thomas Kail, by and through Sonia Kail as Special Administrator; Sonia Kail (an individual, Jolene Kail (an individual); Jon Kail (an individual);<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br><br>Defendant. | Case No. 2:20-cv-01262-APG-BNW<br><br>**Stipulation and Order to Amend Discovery Plan and Extend Deadlines (Fourth Request)** |

Pursuant to Local Rules IA 6-1 and 26-4, Plaintiffs, Sonia Kail as Special Administrator of the Estate of Thomas Kail; Sonia Kail (an individual); Jolene Kail (an individual); and Jon Kail (an individual), and Defendant, United States of America, through counsel, submit the following Stipulation to Extend Deadlines 90 days. This is the fourth request for an extension of case deadlines and this stipulation is timely filed as it is filed 21 days prior to the next discovery deadline.

**A.    Discovery Completed:**

1. The parties have exchanged Rule 26(a) disclosures, along with supplemental disclosures.

2. The United States served written discovery requests including Requests for Production and Interrogatories on Plaintiffs, to which Plaintiffs have responded.

3. Plaintiffs served written discovery requests including Requests for Production, Requests for Admissions, and Interrogatories upon Defendant, to which Defendant has responded.

4. Defendant continues to subpoena and receive medical records from Plaintiffs' medical providers.

5. Plaintiffs were deposed on February 24, 2022 and February 25, 2022.

**B. Discovery Remaining:**

1. The parties may serve additional written discovery, third-party subpoenas, and plan to conduct depositions of the decedent's treating medical providers and others.

2. The parties will continue to supplement their initial disclosures.

3. In addition, the parties will designate and depose retained and non-retained medical experts, if applicable.

4. Depositions of witnesses and treating physicians.

5. Continued production of additional medical records and billing.

**C. Need for Extension of Discovery Plan:**

The current 90-day extension is being sought for the following reasons. First, the parties continue to experience disruptions caused by the global COVID-19 pandemic. The attorneys and staff at the U.S. Attorney's Office are required to work remotely, with limited support staff, until further notice. Consequently, counsel for the United States has experienced delays in obtaining and reviewing medical records and hiring experts.

Further, Defendant encountered delays in scheduling and coordinating the depositions of the three (3) Plaintiffs. While the depositions of the Plaintiffs occurred in late February, with the initial expert discovery deadline quickly approaching, Defendant needs additional time to review and assess the deposition transcripts for expert retention purposes. Finally, Plaintiffs' counsel has a trial starting in the month of April and will need to devote time and efforts to that trial. Therefore, an extension will provide him the necessary time to complete that trial and complete discovery in this case.

Respective counsel for the parties have a good working relationship and have discussed this request and are in agreement that an additional 90-days is appropriate. This additional time will also allow the parties sufficient time to continue to conduct discovery and coordinate various depositions which still must occur.

D.     **Proposed New Discovery Schedule:**

**1. Discovery Cutoff Date:** Discovery cutoff is currently scheduled for May 31, 2022, and will be extended to **August 29, 2022**.

**2. Expert Disclosures:** Initial expert disclosures currently due on April 4, 2022, will be extended to **July 5, 2022**; and rebuttal expert disclosures currently due May 3, 2022, will be extended to **August 4, 2022**.

**3. Dispositive Motions:** Dispositive motions currently due June 30, 2022, will be extended to **September 28, 2022**, which is 30 days after discovery cutoff on a day not falling on a weekend.

**4. Pre-Trial Order:** A Joint Pretrial Order shall be filed by **October 28, 2022**, which is 30 days after the deadline for filing dispositive motions. However, if any dispositive motions are filed, the Joint Pretrial Order shall be due 30 days after decision on such motion(s). Disclosures under Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the Joint Pretrial Order.

Respectfully submitted this 14th day of March 2022.

| | |
|---|---|
| PAUL PADDA LAW | CHRISTOPHER CHIOU <br> United States Attorney |
| */s/ Paul S. Padda, ESQ.* <br> PAUL S. PADDA, ESQ. <br> Nevada Bar No. 10417 <br> 4560 S. Decatur Boulevard, Ste. 300 <br> Las Vegas, Nevada 89103 <br> *Attorney for Plaintiff* | */s/ Skyler Pearson* <br> SKYLER H. PEARSON <br> Assistant United States Attorney <br> *Attorneys for the United States* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 15, 2022