PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF THOMAS KAIL, by and through Sonia Kail as Special Administrator; SONIA KAIL (an individual); JOLENE KAIL (an individual); JON KAIL (an individual),<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:20-cv-1262-APG-BNW<br><br>**STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS** |

Pursuant to Local Rule of Civil Practice 7-1, the parties, by and through their respective counsel, hereby stipulate to extend the deadline for amending pleadings to and until April 14, 2023. Presently, the deadline for amendment of pleadings is March 30, 2023. This request, should it be approved by the Court, will not affect the discovery cut-off period which is currently set to expire on May 29, 2023.

In support of this Stipulation, the parties rely upon the following:

1. The Court extended the discovery period in this case to the end of May 2023 at

1

a hearing held on February 7, 2023. *See* ECF No. 41. Since that time, the parties have been diligently working to comply with the deadlines established at that hearing. To that end, Plaintiff's counsel deposed Defendant's medical expert Dr. Richard Friedman.

2. Following the deposition of Dr. Friedman, the parties discussed this case and agreed that a short extension of the current deadline for amending pleadings is necessary and may be beneficial in advancing settlement possibilities in this case. However, prior to potential amendment of pleadings, Plaintiffs' counsel needs time to meet with his clients and explain the benefits of amendment. The additional time requested herein will provide counsel for Plaintiffs sufficient time to accomplish the foregoing and make a decision regarding amendment.

3. Both parties are in agreement that this request for additional time is appropriate, especially in light of the fact that neither party will experience any prejudice by it and it will not affect the current discovery cut-off period of May 29, 2023.

Respectfully submitted,

/s/ *Skyler Pearson*    /s/ *Paul S. Padda*
_____    _____
Skyker Pearson, Esq.    Paul S. Padda, Esq.
Assistant United States Attorney    PAUL PADDA LAW
UNITED STATES ATTORNEY'S OFFICE    4560 South Decatur Blvd., #300
333 Las Vegas Blvd. South, Suite 5000    Las Vegas, Nevada 89103
Las Vegas, Nevada 89101    Tele: (702) 366-1888
Tele: (702) 388-6530

Counsel for Plaintiffs

Counsel for Defendant

Dated: March 30, 2023    Dated: March 30, 2023

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** March 31, 2023

2