PAUL S. PADDA, ESQ.
Nevada Bar No. 10417
Email: psp@paulpaddalaw.com
**PAUL PADDA LAW, PLLC**
4560 South Decatur Blvd., Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ESTATE OF THOMAS KAIL, by and through Sonia Kail as Special Administrator; SONIA KAIL (an individual); JOLENE KAIL (an individual); JON KAIL (an individual),<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:20-cv-1262-APG-BNW<br><br>**STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this litigation respectfully request that the Court approve this Stipulation seeking dismissal (with prejudice) of this civil action. The parties have reached an amicable resolution of this dispute. Subject to the Court's approval, the parties further stipulate that dismissal

. . .

. . .

. . .

. . .

. . .

1

shall require each party to bear its own fees, costs and expenses.

Respectfully submitted,

/s/ *Skyler Pearson*  /s/ *Paul S. Padda*
_____  _____
Skyker Pearson, Esq.  Paul S. Padda, Esq.
Assistant United States Attorney  PAUL PADDA LAW
UNITED STATES ATTORNEY'S OFFICE  4560 South Decatur Blvd., #300
333 Las Vegas Blvd. South, Suite 5000  Las Vegas, Nevada  89103
Las Vegas, Nevada  89101  Tele: (702) 366-1888
Tele: (702) 388-6530

Counsel for Plaintiffs

Counsel for Defendant

Dated: November 21, 2023  Dated: November 21, 2023

**IT IS SO ORDERED**

The Court hereby approves the parties' Stipulation seeking dismissal (with prejudice) of this civil action.  This matter is hereby dismissed (with prejudice) with each party to bear its own fees, costs and other expenses.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** November 28, 2023

PAUL PADDA LAW, PLLC
4560 South Decatur Boulevard, Suite 300
Las Vegas, Nevada 89103
Tele: (702) 366-1888 • Fax (702) 366-1940